```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 22534
   MICHAEL R ALBOR
   MELISSA M ALBOR                                  CHAPTER 13

                                                    JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-5480    SSN XXX-XX-2190


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/26/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 10/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC       .00          .00            .00
AMERICAN HONDA FINANCE C  UNSECURED      NOT FILED         .00            .00
CITIMORTGAGE INC          CURRENT MORTG       .00          .00            .00
CITIMORTGAGE INC          MORTGAGE ARRE  20000.00          .00            .00
WACHOVIA DEALER SERVICES  SECURED VEHIC       .00          .00            .00
WACHOVIA DEALER SERVICES  UNSECURED      NOT FILED         .00            .00
AARON SALSES & LEASE      NOTICE ONLY    NOT FILED         .00            .00
ST JAMES HOSPITAL         UNSECURED      NOT FILED         .00            .00
T MOBILE                  UNSECURED      NOT FILED         .00            .00
DISH NETWORK              UNSECURED      NOT FILED         .00            .00
PAYDAY                    UNSECURED      NOT FILED         .00            .00
AMERICAS RECOVERY NETWOR  UNSECURED      NOT FILED         .00            .00
CAPITAL ONE               UNSECURED      NOT FILED         .00            .00
CONSCRDTSVCS              NOTICE ONLY    NOT FILED         .00            .00
CONSUMER PORTFOLIO SERV   UNSECURED       4112.59          .00            .00
COMCAST                   UNSECURED      NOT FILED         .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED      NOT FILED         .00            .00
THE NEW COLONIES          NOTICE ONLY    NOT FILED         .00            .00
PREMIER BANKCARD          UNSECURED        458.83          .00            .00
JEWEL FOOD STORE          UNSECURED      NOT FILED         .00            .00
JEWEL FOOD STORE          UNSECURED      NOT FILED         .00            .00
HSBC TAXPAYER FINANCIAL   NOTICE ONLY    NOT FILED         .00            .00
ST JAMES OLYMPIA FIELDS   UNSECURED      NOT FILED         .00            .00
SBC                       NOTICE ONLY    NOT FILED         .00            .00
NICOR GAS                 UNSECURED      NOT FILED         .00            .00
NICOR GAS                 UNSECURED      NOT FILED         .00            .00
TCF NATIONAL BANK         NOTICE ONLY    NOT FILED         .00            .00
ST JAMES CHICAGO HEIGHTS  UNSECURED      NOT FILED         .00            .00
TARGET NATIONAL BANK      UNSECURED        337.56          .00            .00
RAFAEL ALBOR              NOTICE ONLY    NOT FILED         .00            .00
SANDY JEFFREY             NOTICE ONLY    NOT FILED         .00            .00
CITIMORTGAGE              MORTGAGE NOTI  NOT FILED         .00            .00
LEGAL HELPERS PC          DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22534 MICHAEL R ALBOR & MELISSA M ALBOR
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     ---------------      ---------------
TOTALS                      .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 01/26/09                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                          PAGE   2
       CASE NO. 08 B 22534 MICHAEL R ALBOR & MELISSA M ALBOR